UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                                 )<br>                       Plaintiff,           )<br>                                                                 )<br>              v.                                            )<br>                                                                 )<br>RAUL MENDEZ,                                 )<br>                                                                 )<br>                       Defendant.        )<br>_____) | Case No. 13-CR-1287-L<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 13-CR-1287-L against defendant RAUL MENDEZ be dismissed without prejudice.

DATED:  June 13, 2013

_____
M. James Lorenz
United States District Court Judge